# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Cook,<br><br>        Plaintiff,<br><br>v.<br><br>Bridgecrest Credit Company, LLC,<br><br>        Defendant. | Case No. 2:22-cv-01141-CDS-NJK<br><br>**ORDER TO EXTEND BRIDGECREST CREDIT COMPANY'S DEADLINE TO FILE RESPONSE TO COMPLAINT**<br>**(First Request)** |

        Pursuant to Local Rule 6-1, Defendant Bridgecrest Credit Company, LLC and Plaintiff Douglas Cook (collectively, the "Parties") stipulate as stated below.

### **STIPULATION**

    1.    On July 18, 2022, Plaintiff filed his Complaint.

    2.    Defendant's response is due August 10, 2022.

    3.    Defendant requests additional time to file its response up to and including August 31, 2022.  Defendant is in the process of retaining counsel and investigating the underlying allegations and claims.

    4.    Plaintiff does not oppose Defendant's requested extension.

    5.    Accordingly, Defendant will file its response to Plaintiff's Complaint on or before August 31, 2022.

    6.    This stipulation is not made for purposes of delay.

    7.    This is the first stipulation for extension of time to file a response to the Complaint.

DATED this 10th day of August, 2022

| KRIEGER LAW GROUP, LLC | FENNEMORE |
|---|---|
| /s/ David Krieger (w/permission) | /s/ Todd Kartchner |
| David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Ft. Apache, Ste. 200<br>Las Vegas, NV 89148<br>**Attorneys for Plaintiff Douglas Cook** | Todd Kartchner<br>Nevada Bar No. 9362<br>2394 E. Camelback Rd., Ste. 600<br>Phoenix, AZ 85016<br>**Attorneys for Defendant Bridgecrest Credit Company, LLC** |

**IT IS SO ORDERED**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: August 11, 2022

2