FENNEMORE
Todd Kartchner (No. 9362)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Tel: (602) 916-5000 / Fax: (602) 916-5999
tkartchner@fennemorelaw.com

*Attorneys for Bridgecrest Credit Company, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Cook, | Case No. 2:22-cv-01141-CDS-NJK |
| Plaintiff, | **ORDER TO EXTEND BRIDGECREST CREDIT COMPANY'S DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| v. | **(Second Request)** |
| Bridgecrest Credit Company, LLC, | |
| Defendant. | |

Pursuant to Local Rule 6-1, Defendant Bridgecrest Credit Company, LLC and Plaintiff Douglas Cook (collectively, the "Parties") stipulate as stated below.

## **STIPULATION**

1. On July 18, 2022, Plaintiff filed his Complaint.

2. Defendant's response was originally due August 10, 2022.

3. In its first request for extension dated August 10, 2022, Defendant requested additional time to file its response, up to and including August 31, 2022, because Defendant was in the process of retaining counsel and investigating the underlying allegations and claims.

4. The Court granted the requested extension.

5. Defendant now seeks an additional three week extension. Defendant is continuing its investigation of the underlying incidents and also wants to (i) explore potential settlement options, and (ii) examine whether an arbitration agreement between the parties is applicable here.

6. Plaintiff does not oppose Defendant's requested extension.

7. Accordingly, Defendant will file its response to Plaintiff's Complaint on or before Wednesday, September 21, 2022.

8. This stipulation is not made for purposes of delay.

9. This is the second stipulation for extension of time to file a response to the Complaint.

DATED this 31st day of August, 2022

| KRIEGER LAW GROUP, LLC | FENNEMORE |
|---|---|
| /s/ Shawn Miller (w/permission) | /s/ Todd Kartchner |
| David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Ft. Apache, Ste. 200<br>Las Vegas, NV 89148<br>***Attorneys for Plaintiff Douglas Cook*** | Todd Kartchner<br>Nevada Bar No. 9362<br>2394 E. Camelback Rd., Ste. 600<br>Phoenix, AZ 85016<br>***Attorneys for Defendant Bridgecrest Credit Company, LLC*** |

**IT IS SO ORDERED**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2022