UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Cook,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Bridgecrest Credit Company, LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-01141-CDS-NJK<br><br>**Order Granting Motion to Stay<br>and Compel Arbitration**<br><br>[ECF No. 10] |

　　　Defendant Bridgecrest Credit Company, LLC moved to stay this case and compel arbitration in accordance with the terms of the arbitration agreement entered into by the parties in June of 2017. ECF No. 10. Plaintiff Douglas Cook filed a notice of non-opposition to the motion, voluntarily agreeing to arbitrate. ECF No. 12. Cook does not oppose staying the case and anticipates commencing an arbitration proceeding within 30 days. *Id.*

　　　For the foregoing reasons,

　　　IT IS HEREBY ORDERED that defendant's unopposed **Motion to Stay and Compel Arbitration (ECF No. 10) is GRANTED**. This matter is STAYED pending arbitration of plaintiff's claims. Any pending deadlines are vacated.

　　　The parties shall submit all claims asserted in the complaint to arbitration in accordance with the arbitration agreement.

　　　IT IS SO ORDERED.

　　　Dated: October 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge