UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Douglas Cook,

        Plaintiff

v.

Bridgecrest Credit Company, LLC,

        Defendant

Case No. 2:22-cv-01141-CDS-NJK

**Order Discharging Show-Cause**

On May 10, 2024, the Court issued an order to show cause why sanctions should not be imposed for counsel's repeated failure to obey court orders and to appear for the May 9, 2024 status conference. Order, ECF No. 19. Counsel filed a response to the order to show cause, including a request that the court decline to issue sanctions, and a stipulation of dismissal of this action. ECF Nos. 21, 22. Based on counsel's response to the show-cause order and given that plaintiff Cook is voluntarily dismissing the action, the Court hereby discharges the order to show cause and will not require counsel to pay sanctions for failing to appear.

Dated: May 22, 2024

_____
Cristina D. Silva
United States District Judge