Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No. 7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
Shawn5504@gmail.com
Attorneys for Plaintiff,
*Douglas Cook*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS COOK,<br><br>                Plaintiff<br><br>   vs.<br><br>BRIDGECREST CREDIT COMPANY, LLC,<br><br>                Defendant | Case No.: 2:22-cv-01141-CDS-NJK<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST BRIDGECREST CREDIT COMPANY, LLC, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between DOUGLAS COOK ("Plaintiff") and Defendant BRIDGECREST CREDIT COMPANY, LLC ("BridgeCrest"), collectively the "Parties," by and through their counsel, that Plaintiff's claims and causes of action against BridgeCrest are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on May 21, 2024.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Todd S. Kartchner |
| Shawn W. Miller, Esq. | Todd S. Kartchner, Esq. |
| 10624 Austin Bluffs Ave. | FENNEMORE |
| Las Vegas, Nevada 89144 | 2394 East Camelback Road, |
| Attorneys for Plaintiff, | Suite 600 |
| **Douglas Cook** | Phoenix, AZ 85016 |
| | Attorneys for Defendant, |
| | **Bridgecrest Credit Company, LLC** |

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2024